```
                                                                CLERK'S OFFICE U.S. DIST. COURT
                                                                      AT DANVILLE, VA
                                                                          FILED
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF VIRGINIA                FEB 14 2013
                            ROANOKE DIVISION
                                                                   JULIA C. DUDLEY, CLERK
                                                                   BY:
                                                                       DEPUTY CLERK
```

JEROME MALLORY,
    Petitioner,                                 Civil Action No. 7:13-cv-00043

v.                                          **ORDER**

DIRECTOR OF THE
DEPARTMENT OF CORRECTIONS,        By:    Hon. Jackson L. Kiser
    Respondent.                                   Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** **without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

    The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

    ENTER: This 14th day of February, 2013.

                                                             /s/ Jackson L. Kiser
                                                  Senior United States District Judge