CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 14 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JEROME MALLORY,
    Petitioner,                              Civil Action No. 7:13-cv-00043

v.                                        **ORDER**

DIRECTOR OF THE
DEPARTMENT OF CORRECTIONS,       By:     Hon. Jackson L. Kiser
    Respondent.                               Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** **without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 14th day of February, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge